Franklin N. DAVIS; Cynthia D. Davis, Individually and on behalf of her Daughter, Amanda Davis, Plaintiffs–Appellants

v.

UNITED STATES of America, Defendant–Appellee.

No. 06–60313.

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2007.

Orlando Rodriguez Richmond, Sr., Columbus, MS, for Plaintiffs–Appellants.

John Evans Gough, Jr., Samuel David Wright, U.S. Attorney's Office, Northern District of Mississippi, Oxford, MS, for Defendant–Appellee.

Before GARWOOD, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiffs–Appellants appeal the district court's dismissal of their Federal Tort Claims Act suit by granting the government's motion for summary judgment.

---

Our review of the record on appeal, the briefs of the parties, and the oral arguments of counsel convince us, in our *de novo* review, that, for the reasons given by the district court, in its grant of summary judgment should be, and hereby is,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.